# FEDERAL PUBLIC DEFENDER
## DISTRICT OF NEW JERSEY

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

22 South Clinton Avenue
Station Plaza 4, 4th Floor
Trenton, New Jersey 08609

(609) 989-2160   Telephone
(609) 989-2153   Facsimile

**CHESTER M. KELLER**
FIRST ASSISTANT

*So Ordered*
*Anne E. Thompson, U.S.D.J.*
*July 28, 2016*

July 8, 2016

Honorable Anne E. Thompson
United States District Judge
Clarkson S. Fisher United States Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: *United States v. Jerome Johnson*, Crim. No. 11-772 (AET)

Dear Judge Thompson,

Please accept this letter as a status update in the case of Jerome Johnson.

Mr. Johnson appeared before the Court on March 29, 2016; he pleaded not guilty to three counts of violating conditions of his supervised release and his supervision was continued with an additional condition of a curfew. An amended petition charging two additional violations was filed on April 11 (curfew violation and failure to truthfully answer all inquiries). Mr. Johnson's bail was revoked by Judge Bongiovanni on April 19 and then reinstated on April 29. His supervision is currently continued.

The violation hearing was postponed because one of Mr. Johnson's violations (Violation # 3) was based on a New Jersey charge that was not yet resolved. That case is still not resolved: it has a Monmouth Superior Court case number and is being evaluated for possible indictment.

Counsel asks that Mr. Johnson's final revocation hearing be postponed an additional 60 days to await resolution of his New Jersey case. Counsel consulted with U.S.P.O. Carolyn Johnson and A.U.S.A. Joseph Gribko, who both agree to postpone the case.

Sincerely,

/s Alison Brill

Alison Brill, Esq.

**RECEIVED**
AUG 9 2016
AT 8:30 M
WILLIAM T. WALSH
CLERK

Cc: U.S.P.O. Carolyn Johnson
A.U.S.A. Joseph Gribko
Jerome Johnson

---

800-840 Cooper Street, Suite 350, Camden, New Jersey 08102 (856) 757-5341

1002 Broad Street, Newark, New Jersey 07102 (973) 645-6347